Eric R. Maier (admitted *pro hac vice*)
Older Lundy Koch & Martino
1000 West Cass Street
Tampa, Florida 33606
(813) 254-8998
emaier@olderlundylaw.com

Crystal K. Glendon (#8130)
Glendon & Ponce
1001 Bishop St., Ste. 710
Honolulu, Hawai'i 96813
(808) 762-7643
crystal@glendonponce.com

*Attorney for Specially Appearing
Defendant Sheri Tanaka*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAUREL J. MAU,<br>　　　　Plaintiff,<br><br>　v.<br><br>CITY & COUNTY OF HONOLULU; KEITH MITSUYOSHI KANESHIRO; JACOB GEORGE DELAPLANE; VERNON BRANCO; MITSUNAGA & ASSOCIATES, INC.; DENNIS KUNIYUKI MITSUNAGA; AARON SUNICHI FUJII; CHAD MICHAEL MCDONALD; TERRI ANN OTANI; SHERI JEAN TANAKA; RUDY ALIVADO; and DOE DEFENDANTS 1 – 50,<br>　　　　Defendants. | Case No. CV 1:24-00253 (GPC-WRP)<br><br>DECLARATION OF ERIC R. MAIER CONCERNING REQUEST TO APPEAR REMOTELY AT FEBRUARY 18, 2025 HEARING<br><br>Hearing Date:　February 18, 2025<br>Hearing Time:　10:00 a.m.<br>Judge:　　　　Hon. Gonzalo P. Curiel |

I, Eric R. Maier, declare as follows:

1. I am licensed to practice before the courts of California, Florida and Michigan, and numerous federal courts therein, and I have been admitted pro hac vice to appear in this action on behalf of specially appearing defendant, Sheri J. Tanaka. I make this declaration in response to the Court's February 4, 2025 order directing me to further explain my January 23, 2025 request to participate remotely at the February 18, 2025 hearing on Ms. Tanaka's motions to dismiss. I have personal knowledge of the facts stated in this declaration, and I am competent to testify to these facts.

2. If the Court grants my request to appear remotely, I can appear by Zoom, by telephone, or by any other remote mode the Court prefers.

3. My home and office are in Tampa, Florida.

4. Along with Crystal Glendon, who is a Honolulu attorney, I am representing Ms. Tanaka in this proceeding. I was allocated the responsibility of preparing Ms. Tanaka's moving and reply papers in support of her Rule 12(b)(5) and Rule 12(b)(6) motions and presenting oral argument at the hearing on those motions.

5. On December 26, 2024, the Court entered an order continuing the hearing on Ms. Tanaka's motions to February 18, 2025. Earlier in December, the Florida Court of Appeals had scheduled oral argument for February 18, 2025 at

9:30 a.m. E.S.T. in a case in which I am lead counsel for the appellant (*Hamelin v. Hamelin*, Case No. 2D2024-1156).

6. The Florida appellate oral argument is scheduled to take place by video conference. Thus, it would not be impossible for me to attend that oral argument from Hawaii beginning at 4:30 a.m. Hawaii time and to then appear in person at the hearing in this matter at 10:00 a.m. Hawaii time. However, it would be quite burdensome for me to accomplish that, as well as to get back to Florida in time for depositions and mediations scheduled for February 19, 20 and 21 in other matters.

7. I am mindful of the Court's strong preference for in-person attendance at hearings where counsel will be presenting arguments, and I do not intend to habitually make requests to argue remotely at in-person hearings.

I declare under penalty perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2025 in Tampa, Florida.

_____
ERIC R. MAIER

2