GLENDON & PONCE LLLC

CRYSTAL K. GLENDON, ESQ.      8130
KELLI K. LEE PONCE, ESQ.      8579
1001 Bishop Street, Ste. 710
Honolulu, Hawai'i 96813
TELEPHONE: (808) 223-8931
crystal@glendonponce.com
kelli@glendonponce.com

Attorneys for Defendant
SHERI JEAN TANAKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| LAUREL J. MAU,<br><br>        Plaintiff,<br><br>v.<br><br>CITY & COUNTY OF HONOLULU; KEITH MITSUYOSHI KANESHIRO; JACOB GEORGE DELAPLANE; VERNON BRANCO; MITSUNAGA & ASSOCIATES, INC.; DENNIS KUNIYUKI MITSUNAGA; TERRI ANN OTANI; SHERI JEAN TANAKA; RUDY ALIVADO; and DOE DEFENDANTS 1 – 50,<br><br>        Defendants. | CASE NO. 1:24-00253 (GPC-WRP)<br><br>DECLARATION OF CRYSTAL K. GLENDON IN RESPONSE TO ORDER TO SHOW CAUSE; and CERTIFICATE OF SERVICE |
|---|---|

**DECLARATION OF CRYSTAL K. GLENDON
IN RESPONSE TO ORDER TO SHOW CAUSE**

I, CRYSTAL K. GLENDON, hereby declare upon penalty of law as follows:

1. I am licensed to practice law in the United States District Court, District of Hawaiʻi, and in the State of Hawaiʻi.

2. I have personal knowledge of the matters set forth below, and I am competent to testify to the same.

3. Defendant Sheri Jean Tanaka ("Ms. Tanaka") is my client.

4. Ms. Tanaka is an attorney licensed in the State of Hawaiʻi and the State of California.

5. My representation of Ms. Tanaka began on or about October 21, 2022, when I was hired as local counsel for Ms. Tanaka's criminal litigation in *United States v. Keith Kaneshiro et al.*, Case Number 22-00048-TMB-NC ("*Kaneshiro* Case"). Ms. Tanaka was co-defendant "6" in the *Kaneshiro* Case.

6. The *Kaneshiro* Case spanned approximately two years and culminated in a trial that was approximately two months long.

7. On May 17, 2024, the jury returned a "not guilty" verdict for Ms. Tanaka on all criminal counts alleged against her in the *Kaneshiro* Case.

8. Less than one month later, on June 14, 2024, Laurel J. Mau filed a civil complaint against Ms. Tanaka ("*Mau* Case") and this civil litigation began.

9. I agreed to represent Ms. Tanaka in the *Mau* Case.

10. My continued representation of Ms. Tanaka was logical because the facts and circumstances alleged in the *Mau* Case are closely related to the facts and circumstances alleged in the *Kaneshiro* Case.

11. With the filing of the Court's Order to Show Cause, I find myself to be in a very precarious situation. On one hand, the Court has rightfully ordered me to explain how non-identifiable citations and inaccurate citations were included in Dkt. 166 and Dkt. 187.

12. However, I am simultaneously required to protect attorney/client privilege for Ms. Tanaka.

13. As a result, I am unable to answer with specificity to the Court's Order to Show Cause.

14. I agree with the Court's finding that each citation identified in the Order to Show Cause is patently incorrect.

15. I have full knowledge of the requirement to declare and disclose the use of AI in any filing in the United States District Court for the District of Hawaiʻi.

16. I do not take my duty to disclose the use of Generative Artificial Intelligence lightly.

17. I do not use AI software of any kind to draft legal documents, specifically to avoid these types of mistakes.

18. Be that as it may, I am acutely aware that these mistakes and oversights are my responsibility, as I signed and filed Dkt. 166 and 187.

19. To explain to the Court how these events transpired, I must disclose that I was recently diagnosed with stage two breast cancer.

20. I have had two major surgeries in the past four months; the first occurred on November 7, 2025; the second on February 4, 2026.

21. I am currently out of the office on medical leave and am not scheduled to return until March 10, 2026.

22. These are errors that I have never made before and will never make again.

23. Should the Court require more information, I will allow Ms. Tanaka to lodge her own objections, as I am simultaneously filing a motion to withdraw as counsel.

24. I respectfully request that the Court consider this declaration in deciding whether a Rule 11 violation occurred.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaiʻi, February 13, 2026.

/s/ Crystal K. Glendon
CRYSTAL K. GLENDON