Sheri J. Tanaka
4348 Waialae Ave., #586
Honolulu, Hawaii 96816
Phone #: (808) 594-3797
Fax #: (808) 748-3165
E-mail: sheri.tanaka@gmail.com

*Defendant Sheri J. Tanaka, Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAUREL J. MAU,<br>　　　　　Plaintiff,<br>　v.<br>CITY & COUNTY OF HONOLULU; KEITH MITSUYOSHI KANESHIRO; JACOB GEORGE DELAPLANE; VERNON BRANCO; MITSUNAGA & ASSOCIATES, INC.; DENNIS KUNIYUKI MITSUNAGA; TERRI ANN OTANI; SHERI JEAN TANAKA; RUDY ALIVADO; and DOE DEFENDANTS 1 – 50,<br>　　　　　Defendants. | Case No. 1:24-cv-00253 (GPC-WRP)<br><br>NOTICE OF APPEARANCE OF DEFENDANT SHERI JEAN TANAKA PRO SE; AND CERTIFICATE OF SERVICE<br><br><br>Judge: Honorable Gonzalo P. Curiel<br>Mag. Judge: Honorable Wes Reber Porter |

## NOTICE OF APPEARANCE OF
## <u>DEFENDANT SHERI JEAN TANAKA PRO SE</u>

NOTICE IS HEREBY GIVEN that Defendant SHERI JEAN TANAKA hereby enters her appearance in this matter pro se following the filing of motions to withdraw by her counsel. All future pleadings, notices, and correspondence shall be served upon Defendant at the address listed above.

Dated:  February 17, 2026.            Respectfully submitted,

                                                        /s/     Sheri J. Tanaka

                                        *Defendant Sheri Jean Tanaka, Pro Se*

Sheri J. Tanaka
4348 Waialae Ave., #586
Honolulu, Hawaii 96816
Phone #: (808) 594-3797
Fax #: (808) 748-3165
E-mail: sheri.tanaka@gmail.com

*Defendant Sheri J. Tanaka, Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAUREL J. MAU,<br>    Plaintiff,<br>  v.<br>CITY & COUNTY OF HONOLULU; KEITH MITSUYOSHI KANESHIRO; JACOB GEORGE DELAPLANE; VERNON BRANCO; MITSUNAGA & ASSOCIATES, INC.; DENNIS KUNIYUKI MITSUNAGA; TERRI ANN OTANI; SHERI JEAN TANAKA; RUDY ALIVADO; and DOE DEFENDANTS 1 – 50,<br>    Defendants. | Case No. 1:24-cv-00253 (GPC-WRP)<br><br>CERTIFICATE OF SERVICE<br><br>Judge: Honorable Gonzalo P. Curiel<br>Mag. Judge: Honorable Wes Reber Porter |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been duly served upon the following parties electronically via CM/ECF on the date indicated below.

    CARL H. OSAKI, ESQ.
    Attorney At Law, A Law Corporation
    Town Tower #17G
    225 Queen Street
    Honolulu, Hawaii 96813
    E-mail: carl@chosaki.com

    Attorney for Plaintiff
    LAUREL J. MAU

    MEGAN K. KAU, ESQ.
    820 Mililani Street, Suite 701
    Honolulu, Hawaii 96813
    E-mail: mk@megkaulaw.com

    Attorney for Defendants
    MITSUNAGA & ASSOCIATES, INC.
    DENNIS MITSUNAGA

    DAVID J. MINKIN, ESQ.
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Blvd.
    Honolulu, Hawaii 96813
    E-mail: minkin@m4law.com

    Attorney for Defendant
    KEITH KANESHIRO

LYLE H. HOSODA, ESQ.
500 Ala Moana Blvd, Suite 499
Honolulu, Hawaii 96813
E-mail: lsh@hosodalaw.com

Attorney for Defendant
RUDY ALIVADO

PAGE C.K. OGATA, ESQ.
530 S. King Steet, Room 110
Honolulu, Hawaii 96813
E-mail: page.ogata@honolulu.gov

Attorney for Defendants
CITY & COUNTY OF HONOLULU,
JACOB GEORGE DELAPLANE, and
VERNON BRANCO

CRYSTAL GLENDON, ESQ.
KELLI PONCE, ESQ.
Glendon & Ponce
1001 Bishop St., Ste. 710
Honolulu, Hawaii 96813
E-mail: crystal@glendonponce.com
E-mail: kelli@glendonponce.com

Prior Attorneys for Defendant
SHERI J. TANAKA

ERIC MAIER, ESQ. (admitted *pro hac vice*)
Older Lundy Koch & Martino
1000 West Cass Street
Tampa, Florida 33606
E-mail: emaier@olderlundylaw.com

Prior Attorneys for Defendant
SHERI J. TANAKA

2

Dated: February 17, 2026

      /s/    Sheri J. Tanaka

*Defendant Sheri Jean Tanaka, Pro Se*