UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LAUREL J. MAU, an individual,<br>Plaintiff,<br>v.<br>CITY & COUNTY OF HONOLULU; KEITH MITSUYOSHI PROSECUTOR KANESHIRO; JACOB GEORGE DELAPLANE; VERNON BRANCO; MITSUNAGA & ASSOCIATES, INC.; DENNIS KUNIYUKI MITSUNAGA; AARON SHUNICHI FUJII; CHAD MICHAEL MCDONALD; TERRI ANN OTANI; SHERI JEAN TANAKA; RUDY ALIVADO; and DOE DEFENDANTS 1 - 50, inclusive,<br>Defendants. | Case No.: 24cv0253-GPC(WRP)<br><br>**ORDER STRIKING SHERI TANAKA'S NOTICE OF APPEARANCE** |

On February 19, 2026, the Court, *inter alia*, struck the motion to dismiss filed by Defendant Sheri Tanaka, Esq. as improperly filed as she is still represented by counsel. (Dkt. No. 216.) In light of that ruling, the Court STRIKES Defendant Sheri Tanaka's

/ / /

/ / /

notice of appearance filed on February 17, 2026, (Dkt. No. 212).

IT IS SO ORDERED.

Dated: February 24, 2026

Hon. Gonzalo P. Curiel
United States District Judge