MCCORRISTON MILLER MUKAI MACKINNON LLP

DAVID J. MINKIN                3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone No: (808) 529-7300
Facsimile No.: (808) 524-8293
Email: djminkin@m4law.com;

Attorney for Defendant
KEITH MITSUYOSHI KANESHIRO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LAUREL J. MAU,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY & COUNTY OF HONOLULU; KEITH MITSUYOSHI KANESHIRO; JACAB GEORGE DELAPLANE; VERNON BRANCO; MITSUNAGA & ASSOCIATES, INC.; DENNIS KUNIYUKI MITSUNAGA; AARON SHUNICHI FUJII; CHAD MICHAEL McDONALD; TERRI ANN OTANI; SHERI JEAN TANAKA; RUDY ALIVADO; and DOE DEFENDANTS 1 - 50<br><br>                    Defendants. | CIVIL NO. 1:24-cv-00253 GPC-WRP<br><br>**CERTIFICATE OF SERVICE** |

1

# **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of DEFENDANT KEITH MITSUYOSHI KANESHIRO'S Initial Disclosures was served on the following parties at their last known addresses:

**Served Electronic Mail**:

CARL H. OSAKI, ESQ.                                    carl@chosaki.com
Attorney at Law, A Law Corporation
225 Queen Street
Honolulu, Hawai'i 96813
    Attorney for Plaintiff
    Laurel J. Mau

PAGE C. OGATA                                    page.ogata@honolulu.gov
Department of the Corporation Counsel
1001 Bishop Street, Suite 2020
Honolulu, Hawai'i 96813
    Attorney for Defendants
    City & County of Honolulu,
    Jacob George Delaplane, and
    Vernon Branco

LYLE S. HOSODA                                    lsh@hosodalaw.com
SPENCER JEKI LAU                                    sjl@hosodalaw.com
Hosoda Law Group
Three Waterfront Plaza
500 Ala Moana Boulevard, Suite 499
Honolulu, Hawai'i 96813
    Attorneys for Defendant
    Rudy Alivado

MEGAN K. KAU                                    mk@megkaulaw.com
MK Law LLC
820 Mililani Street, Suite 701
Honolulu, Hawai'i 96813
      Attorney for Defendants
      Mitsunaga & Associates, Inc. and
      Dennis Mitsunaga

SHERI J. TANAKA                                 sheri.tanaka@gmail.com
4348 Waialae Avenue, #586
Honolulu, Hawai'i 96816
      Defendant
      *pro se*

      DATED: Honolulu, Hawai'i, May 23, 2025.

              /s/ *David J. Minkin*
              DAVID J. MINKIN

              Attorney for Defendant
              KEITH MITSUYOSHI KANESHIRO