CARL H. OSAKI        4008-0
Attorney At Law, A Law Corporation
Town Tower #17G
225 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 528-4666
carl@chosaki.com

Attorney for Plaintiff
LAUREL J. MAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LAUREL J. MAU, | ) | CASE NO. 24-cv-00253-GPC-WRP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | *((1) "PLAINTIFF LAUREL J.* |
| | ) | *MAU'S FIRST REQUEST FOR* |
| CITY & COUNTY OF HONOLULU; | ) | *ANSWERS TO INTERROGATORIES TO* |
| KEITH MITSUYOSHI KANESHIRO; | ) | *DEFENDANT SHERI JEAN TANAKA;"* |
| JACOB GEORGE DELAPLANE; | ) | *and (2) "PLAINTIFF LAUREL J.* |
| VERNON BRANCO; | ) | *MAU'S FIRST REQUEST FOR* |
| MITSUNAGA & ASSOCIATES, INC.; | ) | *PRODUCTION OF DOCUMENTS TO* |
| DENNIS KUNIYUKI MITSUNAGA; | ) | *DEFENDANT SHERI JEAN TANAKA")* |
| AARON SHUNICHI FUJII; | ) | |
| CHAD MICHAEL McDONALD; | ) | |
| TERRI ANN OTANI; | ) | |
| SHERI JEAN TANAKA; | ) | |
| RUDY ALIVADO; and | ) | |
| DOE DEFENDANTS 1 - 50 | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE


The undersigned hereby certifies that true and

correct copies of the following documents were duly served upon

SHERI JEAN TANAKA, 4348 Waialae Avenue, #586, Honolulu, HI 96816,

via U.S. Mail, postage prepaid, on April 24, 2026: (1) "PLAINTIFF

LAUREL J. MAU'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO

DEFENDANT SHERI JEAN TANAKA;" and (2) "PLAINTIFF LAUREL J. MAU'S

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT SHERI JEAN TANAKA."

The undersigned further certifies that true and correct copies of the foregoing documents were duly served upon the following via pdf email:

LYLE S. HOSODA
500 Ala Moana Blvd., Suite 499
Honolulu, HI 96813

Attorney for Defendant
RUDY ALIVADO

DAVID J. MINKIN
Five Waterfront Plaza, 4th Fl.
500 Ala Moana Blvd.
Honolulu, HI 96813

Attorney for Defendant
KEITH MITSUYOSHI KANESHIRO

MEGAN K. KAU
820 Mililani Street, Suite 701
Honolulu, HI 96813

Attorney for Defendants
MITSUNAGA & ASSOCIATES, INC.
and DENNIS KUNIYUKI MITSUNAGA

PAGE C.K. OGATA
530 S. King Street, Room 110,
Honolulu, HI 96813

Attorney for Defendant
CITY AND COUNTY OF HONOLULU,
JACOB GEORGE DELAPLANE, and
VERNON BRANCO

DATED:    Honolulu, Hawaii    April 24, 2026.

/s/ Carl H. Osaki
CARL H. OSAKI
Attorney for Plaintiff
LAUREL J. MAU

2